NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INFECTION PREVENTION TECHNOLOGIES, LLC,**
*Plaintiff-Appellee,*

**v.**

**LUMALIER CORPORATION,**
*Defendant-Appellant.*

---

2014-1038

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:10-cv-12371-AC-LJM, Judge Avern Cohn.

---

**JUDGMENT**

---

MARC LORELLI, Brooks Kushman P.C., of Southfield, Michigan, argued for plaintiff-appellee. With him on the brief was FRANK A. ANGILERI.

JOHN F. TRIGGS, Waddey & Patterson, P.C., of Nashville, Tennessee, argued for defendant-appellant. Of counsel was RYAN D. LEVY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  June 20, 2014  | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |